JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLYN ANABELL ORTIZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10 inclusive,<br><br>Defendants, | Case No.: 2:24-cv-08344-AB-RAO<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 18, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1
[~~PROPOSED~~] ORDER OF DISMISSAL